COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Frederick Manuel v. The State of Texas

Appellate case number:   01-14-00107-CR

Trial court case number:  D-1-DC-13-904096

Trial court:                     331st District Court of Travis County

On September 17, 2014, Frederick Manuel filed Appellant's First Motion to Extend Time for Filing Brief.  The motion is **DISMISSED AS MOOT**, as the record is not yet complete and appellant's brief is not yet due.

Further, the court reporter is **ORDERED** to file, within 30 days of this order, a supplemental record containing the items previously requested by appellant in his Motion to Supplement Reporter's Record filed in the 331st District Court on September 17, 2014.

Judge's signature: /s/ Harvey Brown
                          X  Acting individually


Date:  September 18, 2014